1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12

Johannes Gabriel Badou Jack,

13

Plaintiff,

14

v.

15

Ringleader Boxing Management Company, LLC,

16

Defendant.

17

Case No.: 2:14-cv-318-JAD-PAL

**Order Denying Plaintiff's Motion
for Summary Judgment [Doc. 3]**

18

        Plaintiff Johannes Gabriel Badou Jack, a professional boxer, brought this action for

19

declaratory and quasi-contractual relief against Defendant Ringleader Boxing Management

20

Company, LLC on February 28, 2014.  Doc. 1.  On the same day Jack filed his Complaint, he

21

moved for summary judgment on all of his claims.  Doc. 3.  Also on February 28, 2014, the

22

Clerk of Court issued a Summons to Ringleader Boxing.  Doc. 5.  To date, the Summons has

23

not been returned executed, and Ringleader Boxing has not answered or otherwise responded

24

to either Jack's Complaint or Motion for Summary Judgment.

25

        Service of process is governed by Federal Rule of Civil Procedure 4, and until a

26

summons is properly served on a party or service is otherwise waived, the Court cannot

27

28

1

1  exercise personal jurisdiction over that party.[1]  Although the rule should liberally construed

2  when a party has received sufficient notice that a complaint has been filed, "[n]either actual

3  notice, nor simply naming the person in the caption of the complaint, will subject defendants

4  to personal jurisdiction if service was not made in substantial compliance with Rule 4."[2]

5  Without personal jurisdiction over a party, the Court lacks authority to dispose of a

6  substantive allegation against that party.  Jack moved for summary judgment against

7  Ringleader before service of process had been completed, and there is no indication that any

8  steps to comply with Rule 4 have been taken.  Thus, the Court denies his motion for

9  summary judgment as premature.

10  **Conclusion**

11  **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [Doc. 3]

12  is **DENIED.**

13  DATED: April 24, 2014.

14

15  _____
    JENNIFER A. DORSEY
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

----

27  [1] Fed. R. Civ. Proc. 4; *Benny v. Pipes*, 799 F.2d 489, 492 (9 th Cir. 1986).

28  [2] *Crowley v.* Bannister, 734 F.3d 967, 975 (9th Cir. 2013) (quoting *Jackson v. Hayakawa*, 682 F.2d 1344, 1347 (9th Cir. 1982) (citations omitted).

2