Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 669-4631
Fax: (702) 669-4650
lkevensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Defendant*
*Ringleader Boxing Management, LLC*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHANNES GABRIEL BADOU JACK,<br><br>Plaintiff,<br><br>v.<br><br>RINGLEADER BOXING MANAGEMENT COMPANY, LLC, a New York Limited Liability Company; DOES I through V; and ROE CORPORATIONS I through V,<br><br>Defendant. | **CASE NO.:  2:14-cv-318-JAD-PAL**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule of Practice ("LR") 7-1, Plaintiff, JOHANNES GABRIEL BADOU JACK ("Jack"), by and through counsel Edgar Carranza, Esq., of the law firm of Backus, Carranza & Burden, and Defendant, RINGLEADER BOXING MANAGEMENT COMPANY, LLC ("Ringleader"), by and through counsel, Lars K. Evensen, Esq. of the law firm Holland & Hart LLP, hereby stipulate, agree and respectfully request that the hearing currently scheduled for November 3, 2014 at 2:30 p.m. to hear Defendant's Motion to Dismiss [Doc 8] and Plaintiff's Motion for Summary Judgment [Doc 10] be continued as follows:

1

7197467_1

1. On August 18, 2014, the briefing regarding Ringleader's Motion to Dismiss was completed.

2. On September 2, 2014, this Court issued a Notice of Hearing on Ringleader and Jack's respective Motions to be heard on November 3, 2014 at 2:30 p.m.

3. On September 4, 2014, the briefing regarding Jack's renewed Motion for Summary Judgment was completed.

4. On October 2, 2014, counsel for Ringleader contacted Jack's counsel to request the November 3rd hearing be continued due to a conflicting Evidentiary Hearing being held on the same date in the Eighth Judicial District Court in which counsel is lead counsel and several parties are involved. Jack's counsel agreed to the continuance.

5. For the Court's convenience and to avoid any further scheduling conflicts, counsel have conferred to provide the Court with following dates of availability: November 4, 2014; November 5, 2014; November 13, 2014; November 14, 2014; November 17, 2014; and November 24-26, 2014.

/ / /

/ / /

/ / /

7197467_1

Accordingly, the Parties agree and stipulate to continue the hearing regarding Ringleader's Motion to Dismiss and Jack's Motion for Summary Judgment:

1. The hearing currently set for November 3, 2014 at 2:30 p.m. is continued to TUESDAY, NOVEMBER 25, 2014, AT 9:00 A.M.

DATED this 3rd day of October, 2014.

HOLLAND & HART LLP

*/s/ Lars K. Evensen*

Lars K. Evensen
Nevada Bar No. 8061
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

*Attorneys for Defendant*

DATED this 3rd day of October, 2014.

BACKUS, CARRANZA & BURDEN

*/s/ Edgar Carranza*

Edgar Carranza, Esq.
Nevada Bar No. 5902
3050 S. Durango Drive
Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 6th day of October, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

7197467_1