✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                   Nevada

JOHANNES GABRIEL BADOU JACK,

                           Plaintiff,

V.

RINGLEADER BOXING MANAGEMENT
COMPANY, LLC and ROE
CORPORATIONS I

                           Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number:  2:14-cv-00318-JAD-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Defendant Ringleader Boxing Management LLC and against Plaintiff Johannes Gabriel Badou Jack.  This action is dismissed without prejudice for lack of subject-matter jurisdiction.

| 11/14/2014 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ D. Johnson |
| | (By) Deputy Clerk |